IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60711
Summary Calendar
_____


ANDREA CRISTINA PINEDA-ACOSTA DE CEDILLO,

                                        Petitioner,


versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A28-601-439
- - - - - - - - - -
May 23, 1997
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Andrea Cristina Pineda-Acosta De Cedillo ("Pineda") asserts
that the Board of Immigration Appeals (BIA) abused its discretion
in denying her petition to reopen deportation proceedings to
apply for suspension of deportation.  Pineda argues that the
deportation would result in extreme hardship.  8 U.S.C.
§ 1254(a)(1)(1997 Supp.).

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We review the BIA's findings of no extreme hardship under a strict standard for abuse of discretion. Hernandez-Cordero v. INS, 819 F.2d 558, 562-63 (5th Cir. 1987). Procedurally, our review is to determine that the BIA considered the factors individually and cumulatively. Id. at 563. Substantively, we may find an abuse of discretion only when the hardship is such that any reasonable person would necessarily conclude that the hardship is extreme. Id.

After reviewing the record before us, we conclude that the BIA did not abuse its discretion, either procedurally or substantively, in determining that no extreme hardship existed with the deportation of Pineda.

The petition for review is DENIED.